**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SARAH FOGEL, individually and on behalf
of all others similarly situated,

                Plaintiff,

-against-                      22 **CIVIL** 1867 (CS)

## **JUDGMENT**

CREDIT CONTROL, LLC d/b/a
CREDIT CONTROL & COLLECTIONS LLC,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 31, 2023, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       May 31, 2023

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                        **BY:**        K. Mango

                                                        _____
                                                         **Deputy Clerk**